AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Williams, Mary Ellen C. | US Court of Federal Claims | 8/10/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/1/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

717 Madison Place, N.W.
Suite 612
Washington, D.C. 20005

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member - Board of Governors | American Bar Association (ABA) Board of Governors (BOG) |
| 2. | Adjunct Professor | Johns Hopkins Univeristy |
| 3. | Member - Board of Visitors | Duke University School of Law |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Mary Ellen C. | 8/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Johns Hopkins University | $6,857.04 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Ameriprise Financial |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association (ABA) | 1/28/2011 - 2-01-2011 | West Palm Beach, FL | ABA BOG Meeting | Room/Transportation/Food |
| 2. | ABA | 2/08/2011 - 2/14/2011 | Atlanta, GA | ABA Midyear Meeting | Room/Transportation/Food |
| 3. | New York Intellectual Property Law Assn. | 3/25/2011 - 3/26/2011 | New York, NY | Annual Dinner in Honor of the Judiciary | Room/Transportation/Food |
| 4. | Duke University School of Law | 4/07/2011 - 4/08/2011 | Durham, NC | Board of Visitors Meeting | Room/Transportation/Food |
| 5. | ABA | 6/07/2011 - 6/12/2011 | San Diego, CA | ABA BOG Meeting | Room/Transportation/Food |
| 6. | ABA | 8/02/2011 - 8/09/2011 | Toronto, Canada | ABA Annual Meeting | Room/Transportation/Food |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 7. | ABA | 10/25/2011 - 10/29/2011 | Covington, KY | ABA BOG Meeting | Room/Transportation/Food |
| 8. | ABA | 11/10/2011 - 11/11/2011 | Chicago, IL | ABA IPL Meeting | Room/Transportation/Food |
| 9. | ABA | 12/02/11 - 12/03/11 | Chicago, IL | ABA BOG Meeting | Room/Transportation/Food |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Mary Ellen C. | 8/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Mary Ellen C. | 8/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Time Warner Common Stock (TWX) | A | Dividend | J | T | | | | | |
| 2. Time Warner Cable (TWC) | A | Dividend | J | T | | | | | |
| 3. AOL | A | Dividend | J | T | | | | | |
| 4. Abbott Lab Common Stock (ABT) | A | Dividend | J | T | | | | | |
| 5. Wells Fargo Checking | A | Interest | J | T | | | | | |
| 6. U.S. Savings Bonds | | None | J | T | | | | | |
| 7. Manulife Fin'l Corp. (MFC) | B | Dividend | K | T | | | | | |
| 8. 6/10/91 Irrevocable Ins. Trust #1 Beneficiary | | None | M | T | | | | | |
| 9. 6/10/91 Irrevocable Ins. Trust #2 | | None | M | T | | | | | |
| 10. Riversource Variable Universal Life Ins. | | None | L | T | | | | | |
| 11. Riversource Variable Universal Life Ins. | | None | L | T | | | | | |
| 12. Trust #3 Beneficiary (Y) | | | | | | | | | |
| 13. Wells Fargo Savings (X) | A | Interest | J | T | | | | | |
| 14. Wells Fargo (MM) (X) | A | Interest | J | T | | | | | |
| 15. Wells Fargo Checking (X) | A | Interest | J | T | | | | | |
| 16. Fidelity Adv. S/Cap Val-A (FCVAX) | A | Dividend | K | T | | | | | |
| 17. Fidelity Adv Lever Co .Stock-A (FLSAX) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Mary Ellen C. | 8/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Adv Strat Inc. (FSTAX) | A | Interest | J | T | | | | | |
| 19. Fidelity Adv. Diverse Int'l-A (FDVAX) | A | Dividend | K | T | | | | | |
| 20. Fidelity Adv. DynCap Appr-A (FARAX) | A | Dividend | K | T | | | | | |
| 21. Fidleity Adv Diverse Int'l-A (FDVAX) | A | Dividend | J | T | | | | | |
| 22. RVS Variable Annuity (IRA) | A | Dividend | N | T | | | | | |
| 23. Eaton Vance Nat'l Muni (EANAX) | A | Interest | K | T | Sold (part) | 06/10/11 | J | A | |
| 24. Ameriprise MM | A | Interest | K | T | | | | | |
| 25. Ameriprise Cash | A | Interest | J | T | | | | | |
| 26. Eaton Vance Spl Inv Trust Div Builder (EVTMX) | A | Dividend | J | T | | | | | |
| 27. Eaton Vance Mutual FDS FLTG Rate (EVBLX) | A | Dividend | K | T | | | | | |
| 28. Eaton Vance Mut'l Fds. Tr. Global Macro Absol. Ret'n (EAGMX) | B | Dividend | K | T | Sold (part) | 06/29/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Mary Ellen C. | 8/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII:

1. Entry #5: Wachovia merged with Wells Fargo, and name changed.

2. Entry #12: Trust #3 Beneficiary is being deleted from my current and all prior reports because it is contingent in nature and should not have been listed in the first instnace. Please amend my prior reports to remove this asset because it is not reportable.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Mary Ellen C. Williams**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544